UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OZIEL SAWYER III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZILAN, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No: C 19-6788 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

　　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may file a letter request to reopen the case and the trial will be rescheduled, provided that such request is filed within 60 days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

　　　IT IS SO ORDERED.

Dated: 01/10/2020

　　　　　　　　　　　　　　　　　　　　_/s/ Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge