CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZIEL SAWYER III,<br><br>    Plaintiff,<br><br>    v.<br><br>ZILAN, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 3:19-CV-06788-SBA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Oziel Sawyer III, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Zilan, Inc., a California Corporation; has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 14, 2020         CENTER FOR DISABILITY ACCESS

                                  By:  /s/Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
                                       Attorney for Plaintiff